

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00461-CV

IN RE OSBERN HIGHFOOT A/K/A                                        RELATOR
OSBORN ROBERT SNIDER

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus. Because relator seeks to have the Honorable Judge Gallagher rule on relator's pending motions rather than to have the Honorable Judge Gallagher recused, the court **ORDERS** that all statements in relator's petition for writ of mandamus that complain of the neutrality of and that attack the personal character of the Honorable Judge Gallagher **ARE STRICKEN**. The court is of the opinion that relief should be denied without prejudice to re-filing if the trial court does not rule

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

on relator's motions within a reasonable time.  Accordingly, relator's petition for writ of mandamus, as modified by the above order, is denied.

PER CURIAM

PANEL:  WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  November 8, 2011